# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

UNITED STATES OF AMERICA

v.

SAMUEL GONZALEZ-RAMIREZ

No. 17 CR 86

Honorable Thomas M. Durkin
District Judge

## APPEARANCE OF COUNSEL

Please take notice that the undersigned Assistant United States Attorney is assigned to the above-captioned case.

Respectfully submitted,

MORRIS PASQUAL
Acting United States Attorney

By:     */s/ Hayley Altabef*
HAYLEY ALTABEF
Assistant United States Attorney
219 S. Dearborn Street, Rm. 500
Chicago, Illinois 60604
(312) 353-5357

Dated: March 28, 2024